SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: s.little@kornfieldlaw.com

Attorneys for Anamarie Avila Farias

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anamarie Avila Farias,<br><br>Debtor. | Case No. 20-40377 CN<br><br>Chapter 11<br><br>**APPLICATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION** |

TO: THE HONORABLE CHARLES NOVACK, U.S. BANKRUPTCY JUDGE:

1. On February 19, 2020, the Debtor filed for protection under Subchapter 5 of Chapter 11 of 11 U.S.C.

2. The Debtor wishes to employ Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. as her counsel in the Chapter 11 bankruptcy.

3. The Debtor has selected the law firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., as its attorneys because the firm has had considerable experience in matters of this nature, and believes that the firm is well qualified to represent her as debtor-in-possession in this case. The professional services that the firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., is to render to the Debtor includes:

a. To give Debtor legal advice with respect to her powers and duties as debtor-in-



Case: 20-40377 Doc# 8 Filed: 02/19/20 Entered: 02/19/20 16:29:33 Page 1 of 10

possession in the continued operation of her business and management of her property;

b. To prepare on behalf of applicant, as debtor-in-possession, the necessary applications, answers, orders, reports and other legal papers;

c. To perform all other legal services for the Debtor which may be necessary in this case.

4. It is necessary for Debtor, as debtors-in-possession, to employ an attorney to perform such professional services.

5. To the best of Debtor's knowledge, the law firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained.

6. The Debtor has conferred with, and now desires to retain and employ the firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., as its attorneys to perform all of the above-described services necessary and desirable in the administration of its estate. The Debtor has agreed to pay Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. a $10,603.00 retainer, which was paid by the Debtor.

7. Prior to filing this bankruptcy in January 2020, your applicant began providing legal services on behalf of the Debtor. Those services included but were not limited to but were not limited to (1) advising the Debtor relating to reorganizing its debt; and (2) then began pre-bankruptcy services

8. As of the petition date, your Applicant holds a pre-petition retainer in the amount of $6,185.50 which your Applicant will draw down to pay fees and costs as they are incurred, with said fees and costs subject to approval of the Bankruptcy Court.

9. Costs and services will be charged at the hourly rates set forth on the Hourly Rate Schedule attached hereto as **Exhibit A.** A copy of the Representation Agreement is attached hereto as **Exhibit B**. All fees and costs are subject to approval of this Court after notice to

KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

creditors and parties in interest.

10. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a).

11. Applicant will also draw down on the retainer as fees and costs are earned on a monthly basis, subject to a final approval of the Bankruptcy Court.

**WHEREFORE**, the Debtor prays that she be authorized to employ and appoint the law firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., under a general retainer on the terms set forth herein to represent her as debtor-in-possession in this case under Chapter 11 of the Bankruptcy Code and that it be granted such other and further relief as is just.

Dated: February 19, 2020

By:/s/ Anamarie Avila Farias

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

# EXHIBIT A

## KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.

## HOURLY RATE SCHEDULE - 2020

| *Attorney Name* | *Atty. Code* | *Hourly Rate* |
|---|---|---|
| Eric A. Nyberg | EAN | 475.00 |
| Chris D. Kuhner | CDK | 475.00 |
| Charles N. Bendes | CNB | 450.00 |
| Sarah L. Little | SLL | 395.00 |
| ***Paralegal/Miscellaneous*** | ***Code*** | ***Hourly Rate*** |
| Nancy Nyberg | NLN | 90.00 |

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.

February 18, 2020

Sarah L. Little
Writer's Email: S.Little@kornfieldlaw.com

Anamarie Avila Farias
871 Vine Hill Way
Martinez, CA 94553

**Re: Representation Arrangement - Chapter 11 Bankruptcy**

Dear Anamarie:

Thank you for choosing our firm as your attorneys for the purpose of representing you in your Chapter 11 case. The following is an explanation of our fee arrangement. Please read this carefully and be certain that you understand it. Do not hesitate to question us on this or any other matter. Also, you should know that any and all fees paid during the pendency of a bankruptcy matter are disclosed to the court.

The initial retainer for filing of this proceeding shall be $10,603.00 (plus $1,717 filing fee). We have discussed and negotiated this fee and you have assured me that this is acceptable and fair.

Since the court filing fee of $1,717 will be paid on your behalf, we request that you pay this fee by separate check.

**The full amount of the retainer and filing fee must be paid in good funds and (if paid by check) must clear our firm's bank account before any case will be filed on your behalf by our firm.**

The fee in this proceeding is based upon the extent of your indebtedness and our estimate of the individual complications and anticipated problems involved in your case. We will "bill" against this fee at the hourly rates set forth in the attached schedule. When and if the retainer has been fully billed against, we will continue to represent you on a regular billing basis. If the Chapter 11 proceeding is still pending and a plan has not been confirmed by the Court, we will be required to apply to the Court for approval of further payment from you. You should be aware that in Chapter 11 cases, while the principal factor considered by the court in setting attorneys fees is the time spent, the application and order by the court will not necessarily be limited to time factors, but may also consider such factors as novelty of questions involved, results obtained, time pressure involved, contingent nature of work and such other factors. If the Court approves a fee application, you will then be required to pay us any amount due and approved. Attorneys' fees in a Chapter 11 case are administrative expenses which must be paid in full at the time of

1970 Broadway, Suite 600, Oakland, CA 94612 PHONE 510.763.1000 FAX 510.273.8669

EXHIBIT B

confirmation of a plan, unless we otherwise agree. Should the plan be confirmed or the case dismissed, we will be allowed to bill you immediately for any balance due and you agree to pay upon receipt of the statement, unless other arrangements are made between us.

All Chapter 11 cases require a filing fee of $1,717 which you must also pay prior to the filing of the case. Other expenses including long distance telephone calls, postage and copies for required court mailings, service of process and messenger fees, etc. will also be born by you and are payable in the same manner as are fees as stated above.

Any and all sums to be paid by you shall be made in the form of a cashier's check, money order or certified funds, or, of course, cash. You will receive a written receipt at the time of payment.

If you are filing your bankruptcy petition to stop a foreclosure sale, we **must receive no later than five (5) business days prior to the date set for the foreclosure sale**, all the following:

1. The entire fee or retainer provided for in this agreement in good funds in the form of a cashier's check, cash or received by bank wire transfer into our trust account;
2. Credit Counseling Certificate(s) from an approved provider;
3. Creditor information;
4. Copy(s) of all foreclosure sale notices

Your case will not be filed unless all of the above-listed items have been timely received by us and by signing this engagement letter you acknowledge the foregoing and further acknowledge that you understand if the bankruptcy petition is not filed before the foreclosure sale there will be nothing preventing the foreclosure sale from proceeding.

I/We understand that Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. may need to obtain a consumer credit report for purposes of preparing accurate and complete bankruptcy schedules. I/We understand that the credit inquiries have the potential to impact my credit score. By signing this engagement letter, to the extent required, I/we consent to and authorize Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. to obtain a consumer credit report.

By signing this representation agreement you also grant us a lien (sometimes referred to as a security interest) on any retainer paid to or held by us, in order to secure any payment which is or may become due to for fees and costs. Because by signing this retainer agreement you are granting us a security interest, California State Bar Rule of Professional Conduct 3300 requires that we advise you in writing that you may seek the advice of an independent attorney of your own choice and be given a reasonable opportunity to seek that advice, before you sign it. Your signature on this representation agreement constitutes your consent in writing to this lien and your acknowledgment that before signing it we have so informed you in writing and that you have been given a reasonable opportunity to seek that independent advice.

You have been informed by us that our relationship is one of a confidential nature. Our communications are privileged and may not be shared with others without your permission. It is with this understanding that you have fully and honestly disclosed information and answered our inquiries. We cannot be responsible for the consequences regarding which there has not been

such a full and honest disclosure. Also, it would be counter-productive to our ability to advise and represent you if we do not have such a full disclosure, not to mention that all court documents are subject to a statement, signed by you, under penalty of perjury that the contents are true and correct.

Termination: You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. You will be responsible for paying all legal fees, expenses and disbursements incurred on your behalf in this matter until written notice of termination is received by our firm. To the extent permitted by rules of professional responsibility and where applicable, the bankruptcy court, we may terminate our representation at any time if you breach any material term of this agreement (including the terms of this agreement relating to the payment of fees and expenses), fail to cooperate or follow our advice on a material matter, if a conflict of interest develops or is discovered, or if there exists, at any time, any fact or circumstance that would, in our opinion, render our continuing representation unlawful, unethical, or otherwise inappropriate. If we elect to terminate our representation, you will timely take all steps reasonably necessary and will cooperate as reasonably required to relieve us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation. In such case, you agree to pay for all legal services performed and any legal fees, expenses or disbursements incurred on your behalf before the termination of our representation in accordance with the provisions of this agreement.

At the conclusion of your matter, you may obtain any of your records and documents from us that we might then have. The file and any documents, records or other things that thereafter remain in our possession may be discarded or destroyed after 5 years, at our sole discretion. We are undertaking no obligation to store or otherwise safeguard said items once the file is closed, unless expressly agreed to in writing.

Finally, you understand and agree that it is important to keep appointments and to provide us with information and documents which we request, in a timely manner. Should you make an appointment and be unable to appear, you agree to call and cancel before the agreed upon meeting time. Likewise, you understand that when you are directed to make court appearances, it is essential to appear and be on time. We look forward to working with you on this matter.


Case: 20-40377 Doc# 8 Filed: 02/19/20 Entered: 02/19/20 16:29:33 Page 7 of 10

Very truly yours,

KORNFIELD, NYBERG, BENDES, KUHNER
& LITTLE, P.C.

SARAH L. LITTLE

I, **Anamarie Farias**, have read the foregoing information, it has been explained to me and my questions have been satisfactorily addressed. By signing below, I acknowledge that I understand and agree to these terms. I have received a photocopy of this signed agreement.

Date: 2-18-2020

Anamarie Farias

**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**

**HOURLY RATE SCHEDULE - 2020**

| *Attorney Name* | *Atty. Code* | *Hourly Rate* |
|---|---|---|
| Eric A. Nyberg | EAN | 475.00 |
| Chris D. Kuhner | CDK | 475.00 |
| Charles N. Bendes | CNB | 450.00 |
| Sarah L. Little | SLL | 395.00 |
| ***Paralegal/Miscellaneous*** | ***Code*** | ***Hourly Rate*** |
| Nancy Nyberg | NLN | 90.00 |



EXHIBIT B

**DECLARATION OF SERVICE**

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On February 19, 2020, I served the following documents:

**APPLICATION FOR EMPLOYMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION;**

**DECLARATION OF SARAH L. LITTLE IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION; AND**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

*Via-Electronic Service*
Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-
0153
San Francisco, CA 94102

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of February, 2020 at Oakland, California.

/s/ Gail A. Michael