SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: s.little@kornfieldlaw.com

Attorneys for Anamarie Avila Farias

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anamarie Avila Farias,<br><br>Debtor. | Case No. 20-40377 CN<br><br>Chapter 11<br><br>**DECLARATION OF SARAH LITTLE IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION** |

I, Sarah Little, declare under penalty of perjury as follows:

1. I am an attorney at law, duly admitted to practice in the State of California and in this Court.

2. I practice law under the firm name of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. The firm maintains offices for the practice of law at 1970 Broadway, Suite 600, Oakland, California. I am duly admitted to practice in this State and before this Court, as are all the other members of the firm.

3. Other than as is disclosed in the Debtor's Application for Employment of Counsel for Debtor-In-Possession [Docket No. 8] and this declaration, neither the firm nor any of its members have any connection with the above-named debtor, its creditors, the U.S. Trustee or any other party in interest herein, or their respective attorneys or accountants, and represents no


Case: 20-40377 Doc# 9 Filed: 02/19/20 Entered: 02/19/20 16:32:51 Page 1 of 2

interest adverse to the estate in the matters upon which it is to be retained, except that the firm represents said Debtor in this case.

4. Prior to filing this bankruptcy in January 2020, your applicant began providing legal services on behalf of the Debtor. Those services included but were not limited to but were not limited to (1) advising the Debtor relating to reorganizing its debt; and (2) then began pre-bankruptcy services

5. Prior to the filing of the bankruptcy, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. incurred $4,417.50 in fees for pre-filing bankruptcy work and were paid these fees from the retainer before the case was filed leaving a retainer balance of $6,185.50.

6. To the best of the applicant's knowledge, the Debtor's application sets forth all of the applicant's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 19th day of February, 2020 at Oakland, California.

/s/ Sarah Lampi Little

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612



Case: 20-40377 Doc# 9 Filed: 02/19/20 Entered: 02/19/20 16:32:51 Page 2 of 2