TIMOTHY S. LAFFREDI (WI# 1055133)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm.05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Timothy.S.Laffredi@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>ANAMARIE AVILA FARIAS,<br><br>Debtor. | Case No. 20-40377 CN<br><br>Chapter 11 |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Gina Klump
17 Keller Street
Petaluma, CA 94952
(707) 778-0111
Email: gklump@klumplaw.net

Dated: February 20, 2020

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Timothy S. Laffredi
Assistant United States Trustee