| | |
|---|---|
| 1 | TIMOTHY S. LAFFREDI (WI SBN1055133) |
| 2 | Assistant United States Trustee |
| | United States Department of Justice |
| 3 | Office of the U.S. Trustee |
| | 450 Golden Gate Avenue, Suite 05-0153 |
| 4 | San Francisco, CA 94102-3661 |
| | Telephone: (415) 705-3365 |
| 5 | Facsimile: (415) 705-3379 |
| 6 | Email: timothy.s.laffredi@usdoj.gov |
| 7 | Attorneys for TRACY HOPE DAVIS |
| | United States Trustee for Region 17 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re:

ANAMARIE AVILA FARIAS,

Debtor.

Case No: 20-40377 CN

Chapter 11

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 450 Golden Gate Ave, Rm 05-0153, San Francisco, California 94102, that on the date set out below, I served a copy of the following:

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

upon each party listed below and on the attached service list by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

<u>Debtor</u>
Anamarie Avila Farias
871 Vine Hill Way
Martinez, CA 94533

<u>Debtor's Counsel</u>
Sarah Lampi Little
Kornfield Nyberg Bendes Kuhner & Little
1970 Broadway #600
Oakland, CA 94612

CERTIFICATE OF SERVICE

<u>Subchapter V Trustee</u>
Gina Klump
17 Keller Street
Petaluma, CA 94952

    Service of the documents listed above was also accomplished through the Notice of Electronic Filing for parties and counsel who are currently on the list to receive email notice/service for this case.

- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Sarah Lampi Little    sarahecf@kornfieldlaw.com
- Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 20, 2020.

By: /s/ Avis Haynes
      Avis Haynes

CERTIFICATE OF SERVICE