1  SARAH L. LITTLE, ESQ.
(Bar No. 215635)

2  **KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE P.C.**

3  1970 Broadway, Suite 600
Oakland, California 94612

4  Telephone: (510) 763-1000
Facsimile: (510) 273-8669

5  Email: s.little@kornfieldlaw.com

The following constitutes the order of the Court.
Signed: February 28, 2020

_____

**Charles Novack**
**U.S. Bankruptcy Judge**

6  Proposed Attorneys for Anamarie Avila Farias

7

8

9

10                  UNITED STATES BANKRUPTCY COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  In re                                               Case No. 20-40377 CN

14  Anamarie Avila Farias,                              Chapter 11

15                                                      **ORDER SHORTENING TIME FOR**
                                                        **HEARING ON MOTION FOR**
16                                                      **APPROVAL OF USE OF CASH**
                                                        **COLLATERAL**
17                                          Debtor.

18

19         The Court having read and considered the Application for Order Shortening Time for

20  Hearing on the Motion for Approval of Use of Cash Collateral ("Application") filed by debtor

21  Anamarie Avila Farias ("Debtor"), and good cause appearing therefor;

22         **IT IS HEREBY ORDERED** that the Application is granted;

23         The hearing on the Debtor's Motion for Approval of Use of Cash Collateral is scheduled

24  for **March 5, 2020 at 10:00 a.m.**

25         The Debtor shall serve on or before **February 28, 2020**, the Order Shortening Time

26  for Hearing on the Motion, the Motion, the Notice of Hearing on Motion, and

27  supporting declarations on all creditors and parties in interest by first class mail.

28

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600  Oakland, California 94612

1           Any opposition to the Motion may be raised at the time of hearing.

2                     ***END OF ORDER***

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.

1970 Broadway, Suite 600 Oakland, California 94612

COURT SERVICE LIST

No service list required

KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case: 20-40377    Doc# 27    Filed: 02/28/20    Entered: 02/28/20 14:14:21    Page 3 of 3