UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Anamarie Avila Farias

Debtor(s)

Bankruptcy No.: 20-40377
R.S. No.:
Hearing Date: March 19, 2020
Time: 10:00 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: February 19, 2020.   Chapter: 11
    Prior hearings on this obligation: _____   Last Day to File §523/§727 Complaints: 5-22-20

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____        Source of value: _____
   Contract Balance:       $_____        Pre-Petition Default:  $_____
   Monthly Payment:        $_____          No. of months: _____
   Insurance Advance:      $_____        Post-Petition Default: $_____
                                              No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____      Source of value: _____      If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____        Pre-Petition Default:  $_____
   As of (date): _____                     No. of months: _____
   Mo. payment:            $_____        Post-Petition Default: $_____
   Notice of Default (date): _____         No. of months: _____
   Notice of Trustee's Sale: _____       Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : |  |  |  |
   | _____ : |  |  |  |
   | _____ : |  |  |  |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: This Motion is filed to allow Probate Cases for Conservatorship to continue in the Contra Costa County Superior Court to enforce prior settlement agreement as to real properties Debtor has an interest in.

Dated: 3-4-20

Signature: /s/ Daniel S. Vaughan
Print or Type Name: Daniel S. Vaughan, Esq.

Attorney for Judith Avila