Entered on Docket
March 16, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SARAH L. LITTLE, ESQ.
(Bar No. 215635)
**KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: s.little@kornfieldlaw.com

Attorneys for Anamarie Avila Farias

The following constitutes the order of the Court.
Signed: March 13, 2020

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anamarie Avila Farias,<br><br>Debtor. | Case No. 20-40377 CN<br><br>Chapter 11<br><br>**ORDER APPROVING MOTION FOR INTERIM USE OF CASH COLLATERAL**<br><br>Date: March 5, 2020<br>Time: 10:00 a.m.<br>Ctrm: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The Motion for Approval of Use of Cash Collateral ("Motion") filed by the debtor Anamarie Farias ("Debtor"), came on for hearing on March 5, 2020 at 10:00 a.m. in the courtroom of the Honorable Charles Novack. Sarah L. Little of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. appeared on behalf of the Debtor. The Court, having considered the Motion, all supporting pleadings and documentation, arguments at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Debtor is authorized the use of cash collateral subject to the liens of Wells Fargo Home Mortgage and Chase Mortgage.

***END OF ORDER***

# COURT SERVICE LIST

No service list required