Form NSHCNBK

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Anamarie Avila Farias | Case No.: 20−40377 |
| Debtor(s) | Chapter: 11 |

**NOTICE REGARDING SCHEDULED HEARINGS BEFORE THE HONORABLE CHARLES NOVACK FROM MARCH 16, 2020 THROUGH APRIL 30, 2020.**

Due to the coronavirus pandemic, Judge Novack hereby orders as follows:

1. The court is altering its calendars as follows: All "Monday" adversary proceeding motion calendars and status conferences shall be heard on Fridays at 11:00 a.m. The court's courtroom deputy will contact counsel and pro se parties to reschedule initial status conferences as necessary. Unless otherwise ordered, all other calendars (i.e. dates and times) will remain the same.

2. Unless otherwise ordered, counsel and all other individuals who intend to appear at a hearing shall appear telephonically. The court will not permit personal appearances. The instructions for appearing by telephone can be found on the court's website at www.canb.uscourts.gov > Rules and Procedures> District Procedures> Policy and Procedure for Appearances by Telephone.

3. Unrepresented parties in a contested matter or adversary proceeding (people who do not have lawyers) or any other individual who wants to attend a hearing should follow these instructions:

   a. If you want to attend a hearing by telephone, please follow these instructions: www.canb.uscourts.gov > Rules and Procedures>District Procedures> Policy and Procedure for Appearances by Telephone. There is NO COST to you for this service.

   b. If an unrepresented party cannot appear by telephone but still wants to appear at a hearing, contact the courtroom deputy, Ruby Bautista, at 510−879−3529. If you do not reach her, leave a message. Your matter will be rescheduled to a date after April 30, 2020, when we hope to resume court proceedings in person. You will be notified of the later hearing date. Unless otherwise ordered, the court will not continue a hearing for non−parties who cannot appear by telephone.

4. If an unrepresented party appears at court in person on a calendared hearing and wants to be heard but has not otherwise contacted Ruby Bautista, the court will reschedule the hearing to a future calendar to accommodate that appearance. If this occurs, it will be announced at the calendar call and noted on the docket.

5. Parties may continue matters that are set for hearing to future hearing dates that are consistent with this Order. Dates are posted on Judge Novack' calendar page. http://www.canb.uscourts.gov/judge/novack/calendar. Continuances can be requested by uploading an application (for ex parte matters) or stipulation (for contested matters and adversary proceedings) and a proposed order resetting the matter.

6. Unless otherwise ordered, the court will not hold evidentiary hearings or trials during this period, and any such hearing that has a hearing/trial date will be rescheduled. You should call Ruby Bautista to reschedule these matters. If a party believes that an evidentiary hearing is urgently and unavoidably needed, they must contact Ruby Bautista and explain to her why an evidentiary hearing is required. The court will work with counsel to determine if, how and/or when the evidentiary hearing should be heard.

7. There is no change to all other scheduling procedures, including but not limited to applications for emergency injunctive relief, orders shortening time, and hearings on "First Day" Chapter 11 motions.

THE COURT URGES EVERYONE TO REGULARLY CHECK THE COURT'S WEBSITE TO DETERMINE THE CURRENT STATUS OF THIS ORDER

Dated: 3/16/20

By the Court:

Charles Novack
United States Bankruptcy Judge