# Wells Fargo Combined Statement of Accounts



WELLS FARGO

ANAMARIE A FARIAS
DEBTOR IN POSSESSION
CH11 CASE #20-40377 (NCA)
871 VINE HILL WAY
MARTINEZ CA 94553-5855

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☑ |

# Summary of accounts

## *Checking/Prepaid and Savings*

| *Account* | *Page* | *Account number* | *Ending balance last statement* | *Ending balance this statement* |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | [redacted]3897 | 1,301.86 | 72.97 |
| Wells Fargo Everyday Checking | 4 | [redacted]2950 | 0.98 | 0.98 |
| | **Total deposit accounts** | | **$1,302.84** | **$73.95** |

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,301.86 |
| Deposits/Additions | 8,737.94 |
| Withdrawals/Subtractions | - 9,966.83 |
| **Ending balance on 3/31** | **$72.97** |

Account number: [redacted]3897

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Recurring Payment authorized on 02/29 Netflix.Com 408-5403700 CA S460061257659058 Card 7495 | | 12.99 | |
| 3/2 | | Recurring Payment authorized on 02/29 Sling.Com 888-388-6210 CO S580061261981541 Card 7495 | | 30.00 | |
| 3/2 | | Purchase authorized on 03/01 Sei 37952 Martinez CA P00000000770362539 Card 7495 | | 46.03 | |
| 3/2 | | Purchase authorized on 03/01 Nob Hill #621 520 Center Martinez CA P00300061674314038 Card 7495 | | 13.17 | |
| 3/2 | | Purchase authorized on 03/02 Nob Hill #621 520 Center Martinez CA P00380062723528442 Card 7495 | | 14.43 | |
| 3/2 | | Purchase authorized on 03/02 Martinez Animal Hospit Martinez CA P00000000686296637 Card 7495 | | 53.10 | 1,132.14 |
| 3/3 | | Purchase authorized on 03/03 Safeway #0972 Martinez CA P00380064008706908 Card 7495 | | 6.85 | 1,125.29 |
| 3/4 | | Purchase authorized on 03/03 Baskin #361184 Q35 Martinez CA S460063858165060 Card 7495 | | 24.99 | |
| 3/4 | | Purchase authorized on 03/03 Nob Hill #621 520 Center Martinez CA P00380064082234611 Card 7495 | | 21.13 | 1,079.17 |
| 3/5 | | Purchase authorized on 03/03 McDonald's F7115 Martinez CA S460063767672889 Card 7495 | | 19.71 | |
| 3/5 | | Purchase authorized on 03/04 76 - Sei 37952 Martinez CA S580064591385957 Card 7495 | | 35.10 | |
| 3/5 | | Purchase authorized on 03/04 76 - Sei 37952 Martinez CA S460064592953053 Card 7495 | | 48.09 | |
| 3/5 | | Purchase authorized on 03/04 Sq *Mountain Groun Martinez CA S380064666844020 Card 7495 | | 4.75 | 971.52 |
| 3/6 | | Purchase authorized on 03/05 Nob Hill #621 520 Center Martinez CA P00460066084834737 Card 7495 | | 15.46 | |
| 3/6 | | Purchase authorized on 03/06 Nob Hill #621 520 Center Martinez CA P00580066580709436 Card 7495 | | 15.53 | 940.53 |
| 3/9 | | Edeposit IN Branch/Store 03/09/20 06:29:05 Pm 1978 Contra Costa Blvd Pleasant Hill CA 4092 | 8,724.25 | | |
| 3/9 | | Purchase authorized on 03/05 Smooth Season Martinez CA S380066078012139 Card 7495 | | 60.46 | |
| 3/9 | | Purchase authorized on 03/05 Half Price Books # Concord CA S380066174286244 Card 7495 | | 35.28 | |
| 3/9 | | Purchase authorized on 03/05 76 - Sei 37952 Martinez CA S580066191294868 Card 7495 | | 41.97 | |

WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Purchase authorized on 03/07 Sam's Club Concord CA P00000000333175017 Card 4092 | | 314.62 | |
| 3/9 | | Purchase authorized on 03/07 Nob Hill #621 520 Center Martinez CA P00380068056392731 Card 4092 | | 8.99 | 9,203.46 |
| 3/10 | | Withdrawal Made In A Branch/Store | | 2,000.00 | 7,203.46 |
| 3/12 | | Purchase authorized on 03/11 Costco Whse #0663 Concord CA P00300072124899291 Card 4092 | | 323.24 | |
| 3/12 | | Csaa Ig AAA Paymnt 200310 000000096298675 Anamarie Marie Farias | | 143.09 | 6,737.13 |
| 3/13 | | Purchase authorized on 03/11 Martinez Unified S Http://WWW.MA CA S460071540063512 Card 4092 | | 82.49 | |
| 3/13 | | Purchase authorized on 03/11 76 - Sei 37952 Martinez CA S300072070042026 Card 4092 | | 54.80 | |
| 3/13 | | Purchase authorized on 03/12 Wal-Mart Wal-Mart Sto Martinez CA P00000000086703815 Card 4092 | | 46.02 | |
| 3/13 | | Purchase authorized on 03/13 Sams Club Sam's Club Concord CA P00000000284733490 Card 4092 | | 18.42 | 6,535.40 |
| 3/16 | | Purchase Return authorized on 03/15 Costco Whse #0663 Concord CA S610076552957151 Card 4092 | 13.69 | | |
| 3/16 | | Purchase authorized on 03/13 Costco Whse #0663 Concord CA P00580074128893454 Card 4092 | | 295.27 | |
| 3/16 | | Purchase authorized on 03/16 Costco Whse #0663 Concord CA P00380076588292569 Card 4092 | | 43.48 | |
| 3/16 | | Purchase authorized on 03/16 Wal-Mart #3493 Martinez CA P00000000984936610 Card 4092 | | 31.59 | |
| 3/16 | | Purchase authorized on 03/16 Martinez Animal Hospit Martinez CA P00000000337212082 Card 4092 | | 72.00 | 6,106.75 |
| 3/19 | | Opc Service Fee Servicefee 200318 000001172000365 Farias,Ana Marie A | | 12.50 | |
| 3/19 | | Sls Mortgage Pay Csr Pay 200318 000001172000366 Farias,Ana Marie A | | 5,483.06 | 611.19 |
| 3/26 | | Purchase authorized on 03/24 T-Mobile for Busin 800-937-8997 WA S300085181812549 Card 4092 | | 269.61 | |
| 3/26 | | Purchase authorized on 03/24 AT&T *Payment 800-288-2020 TX S580085206684676 Card 4092 | | 108.52 | 233.06 |
| 3/27 | | Purchase authorized on 03/26 Fastrak Csc 415-486-8655 CA S300086275379148 Card 4092 | | 115.00 | 118.06 |
| 3/30 | | Recurring Payment authorized on 03/29 Netflix.Com Netflix.Com CA S300089564280340 Card 4092 | | 12.99 | 105.07 |
| 3/31 | | Purchase authorized on 03/28 Amzn Mktp US*Ko0Nx Amzn.Com/Bill WA S460089025493280 Card 4092 | | 32.10 | 72.97 |
| **Ending balance on 3/31** | | | | | **72.97** |
| **Totals** | | | **$8,737.94** | **$9,966.83** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |

Case: 20-40377 Doc# 69-1 Filed: 04/30/20 Entered: 04/30/20 15:22:18 Page 3 of 21

WELLS FARGO

***Monthly service fee summary (continued)***

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $1,500.00 | $72.97 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 34 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $0.98 |
| Deposits/Additions | 2,400.00 |
| Withdrawals/Subtractions | - 2,400.00 |
| **Ending balance on 3/31** | **$0.98** |

Account number: [redacted]**2950**

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 3/9 | | Edeposit IN Branch/Store 03/09/20 06:27:40 Pm 1978 Contra Costa Blvd Pleasant Hill CA 4092 | 2,400.00 | | 2,400.98 |
| 3/16 | | Withdrawal Made In A Branch/Store | | 2,400.00 | 0.98 |
| **Ending balance on 3/31** | | | | | **0.98** |
| **Totals** | | | **$2,400.00** | **$2,400.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $0.98 ☐ |

WELLS FARGO

***Monthly service fee summary (continued)***

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A **Enter the ending balance** on this statement. $

B **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $

C **Add** A **and** B to calculate the subtotal. = $

D **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $

E **Subtract** D **from** C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

WELLS FARGO

ANAMARIE A FARIAS
DEBTOR IN POSSESSION
CH11 CASE #20-40377 (NCA)
871 VINE HILL WAY
MARTINEZ CA 94553-5855

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/26 | $0.00 |
| Deposits/Additions | 1,350.37 |
| Withdrawals/Subtractions | - 48.51 |
| **Ending balance on 2/29** | **$1,301.86** |

Account number: [redacted]**8897**

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/26 | | Edeposit IN Branch/Store 02/26/20 10:57:27 Am 699 Contra Costa Blvd Pleasant Hill CA 7495 | 1,350.37 | | 1,350.37 |
| 2/27 | | Purchase authorized on 02/27 Nob Hill #621 520 Center Martinez CA P00300059057721571 Card 7495 | | 27.31 | |
| 2/27 | | Purchase authorized on 02/27 Nob Hill #621 520 Center Martinez CA P00380059059116932 Card 7495 | | 21.20 | 1,301.86 |
| **Ending balance on 2/29** | | | | | **1,301.86** |
| **Totals** | | | **$1,350.37** | **$48.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 02/26/2020 - 02/29/2020 Standard monthly service fee $10.00 You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,301.86 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 2 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A **Enter the ending balance** on this statement. $ ______

B **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ______

C **Add** A **and** B to calculate the subtotal. = $ ______

D **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ______

E **Subtract** D **from** C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ______

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

ANAMARIE A FARIAS
DEBTOR IN POSSESSION
CH11 CASE #20-40377 (NCA)
871 VINE HILL WAY
MARTINEZ CA 94553-5855

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | |
| Online Bill Pay | | Auto Transfer/Payment | |
| Online Statements | ✓ | Overdraft Protection | |
| Mobile Banking | | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $282.00 |
| Deposits/Additions | 1,875.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 3/31** | **$2,157.00** |

Account number: [redacted]**77013**

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Edeposit IN Branch/Store 03/07/20 03:13:49 Pm 699 Contra Costa Blvd Pleasant Hill CA 4092 | 1,875.00 | | 2,157.00 |
| **Ending balance on 3/31** | | | | | **2,157.00** |
| **Totals** | | | **$1,875.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $282.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $

**C** **Add A and B** to calculate the subtotal. = $

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

# Wells Fargo Everyday Checking



WELLS FARGO

ANAMARIE A FARIAS
DEBTOR IN POSSESSION
CH11 CASE #20-40377 (NCA)
871 VINE HILL WAY
MARTINEZ CA 94553-5855

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/26 | $0.00 |
| Deposits/Additions | 282.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 2/29** | **$282.00** |

Account number: [redacted]**77013**

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/26 | | Edeposit IN Branch/Store 02/26/20 11:00:23 Am 699 Contra Costa Blvd Pleasant Hill CA 7495 | 282.00 | | 282.00 |
| **Ending balance on 2/29** | | | | | **282.00** |
| **Totals** | | | **$282.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 02/26/2020 - 02/29/2020 — Standard monthly service fee $10.00 — You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $282.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A **Enter the ending balance** on this statement. $

B **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $

C **Add** A **and** B to calculate the subtotal. = $

D **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $

E **Subtract** D **from** C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

WELLS FARGO

***Monthly service fee summary (continued)***

| **How to avoid the monthly service fee** | Minimum required | This fee period |
| --- | --- | --- |
| · Minimum daily balance | $1,500.00 | $72.97 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 34 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

# Wells Fargo Everyday Checking

## Activity summary

| | |
| --- | --- |
| Beginning balance on 3/1 | $0.98 |
| Deposits/Additions | 2,400.00 |
| Withdrawals/Subtractions | - 2,400.00 |
| **Ending balance on 3/31** | **$0.98** |

Account number: [redacted]**2950**

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
| --- | --- | --- | --- | --- | --- |
| 3/9 | | Edeposit IN Branch/Store 03/09/20 06:27:40 Pm 1978 Contra Costa Blvd Pleasant Hill CA 4092 | 2,400.00 | | 2,400.98 |
| 3/16 | | Withdrawal Made In A Branch/Store | | 2,400.00 | 0.98 |
| **Ending balance on 3/31** | | | | | **0.98** |
| **Totals** | | | **$2,400.00** | **$2,400.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
| --- | --- | --- |

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
| --- | --- | --- |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $0.98 ☐ |

WELLS FARGO

## *Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
| --- | --- | --- |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

Case: 20-40377 Doc# 69-1 Filed: 04/30/20 Entered: 04/30/20 15:22:18 Page 17 of 21

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ ________

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ________

**C** **Add A and B** to calculate the subtotal. = $ ________

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ________

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ________

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

# Wells Fargo Everyday Checking



WELLS FARGO

ANAMARIE A FARIAS
DEBTOR IN POSSESSION
CH11 CASE #20-40377 (NCA)
871 VINE HILL WAY
MARTINEZ CA 94553-5855

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/26 | $0.00 |
| Deposits/Additions | 0.98 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 2/29** | **$0.98** |

Account number: [redacted]**2950**

**ANAMARIE A FARIAS**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-40377 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/26 | | Edeposit IN Branch/Store 02/26/20 10:59:10 Am 699 Contra Costa Blvd Pleasant Hill CA 7495 | 0.98 | | 0.98 |
| **Ending balance on 2/29** | | | | | **0.98** |
| **Totals** | | | **$0.98** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 02/26/2020 - 02/29/2020 — Standard monthly service fee $10.00 — You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $0.98 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ ______

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ______

**C** **Add** **A** **and** **B** to calculate the subtotal. = $ ______

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ______

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ______

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER