**LAW OFFICE OF GINA R. KLUMP**
Gina R. Klump (State Bar No. 257753)
Subchapter V Trustee
30 5TH Street, Suite 200
Petaluma, CA 94952
Telephone: (707) 778-0111
gklump@klumplaw.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ANAMARIE AVILA FARIAS,<br><br>Debtor. | Case No.: 20-40377 CN<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that Gina R. Klump, Subchapter V Trustee, has changed her mailing address, effective immediately, from:

17 Keller Street
Petaluma, CA 94952

To:

30 5th Street, Suite 200
Petaluma, CA 94952

Dated: May 4, 2020

By: /s/ Gina R. Klump
Gina R. Klump
Subchapter V Trustee