CLERK'S NOTICE RE Hearing on Law and Motion via Zoom webinar
HEARING TO BE CONDUCTED VIA VIDEO CONFERENCE on **June 12, 2020 at 11:00 AM**, will be conducted by Judge Charles Novack through Zoom webinar.

## Please click the link below to join the webinar:

https://www.zoomgov.com/j/1607306850?pwd=UkF5WGQ0bFpESlNxcW5EMmM5MHFadz09
Password: 851471

By Telephone: [**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the court.]**
Dial (for higher quality, dial a number based on your current location):
US: +1 669 254 5252 or +1 646 828 7666
Webinar ID: 160 730 6850
Password: 851471
International numbers available: https://www.zoomgov.com/u/acH4GK5kB0

ATTORNEYS AND OTHERS INTENDING TO APPEAR, AND BE HEARD ON MATTERS ON THE CALENDAR SHOULD **NOT** REGISTER WITH COURTCALL AS THEY HAD IN THE PAST.
ATTORNEYS AND OTHERS MUST WEAR BUSINESS CASUAL ATTIRE.
ATTORNEYS AND OTHERS ARE INSTRUCTED TO MUTE THEIR MICROPHONE ONCE LOG IN.
PLEASE FOLLOW PROPER NAMING CONVENTION: FIRST AND LAST NAME -> NAME OF YOUR CLIENT APPEARING FOR ->LINE ITEM NUMBER (PLEASE CHECK THE CALENDAR TO OBTAIN THE LINE ITEM NUMBER).

**Important Notice to the Media and Public**

Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.
A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. *
Please see https://www.cand.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

* General Order 38 (Second Amended): Matters Pending In The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III