SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: s.little@kornfieldlaw.com

Attorneys for Anamarie Avila Farias

KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anamarie Avila Farias,<br><br>Debtor. | Case No. 20-40377 CN<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER** |

The application of Anamarie Avila Farias, debtor and debtor-in-possession, in the above-referenced Chapter 11 bankruptcy, respectfully represents:

1. An order for relief was entered herein under Subchapter 5 of Chapter 11 of Title 11 U.S.C. on February 19, 2020.

2. Among the assets in this case is the Debtor's interest in real property located at 950 Country Run Drive, Martinez, California (the "Real Property").

3. In order to market the Real Property more effectively and thereby to liquidate the same for the best and highest price, your Applicant has solicited the assistance of Mike Hyles of RE/MAX 1st Choice ("RE/MAX"), a licensed real estate broker ("Broker"), to represent the estate and the co-owner, Ana Marie Avila as sellers in connection with the sale of the Real Property. The Broker will advise your Applicant with respect to obtaining the highest and best offers available in the present market for the Real Property.



Case: 20-40377 Doc# 74 Filed: 06/19/20 Entered: 06/19/20 16:01:13 Page 1 of 4

4. Based upon the foregoing agreement, your Applicant desires to employ Broker to procure and submit to your Applicant offers to purchase the Real Property. In consideration for such services, the Broker will receive, upon consummation of any sale, a real estate broker's commission in an amount equal to five percent (5%) of the purchase price. The commission may be split two and one-half percent (2.5%) to the listing broker and two and one-half percent (2.5%) to the procuring broker. In the event the Real Property is sold to a buyer not represented by a broker, then the commission payable to the Broker shall be five percent (3.5%).

5. The Broker is informed and understands that no sales may be consummated without bankruptcy court approval after notice and a hearing.

6. Your Applicant is informed and believes and thereon alleges the employment of the Broker, on the terms and conditions provided for herein, is in the best interest of the estate.

7. Your Applicant is satisfied from the Declaration of Mike Hyles that RE/MAX is a disinterested person with the meaning of 11 U.S.C. § 101(14). The terms of the listing agreement include a provision allowing the Broker to act as a dual agent.

8. The Broker is aware of the provisions of 11 U.S.C. § 328(a) and has agreed, notwithstanding the terms and conditions of employment set forth herein, that the court may award compensation different from the compensation provided for herein if circumstances so require.

9. To the best of Applicant's knowledge, the members and associates of RE/MAX do not have any connection with the Debtor, its creditors or any other party in interest, or their respective attorneys or accountants, or the United States Trustee or any person employed by the Office of the United States Trustee, and represent no interest adverse to the estate in matters upon which it is to be retained.

WHEREFORE, your Applicant requests entry of an order authorizing the Debtor to employ and retain the Broker pursuant to the terms and conditions recited above.

Dated: June 16, 2020

By: ANAMARIE FARIAS
Anamarie Farias

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612



Case: 20-40377 Doc# 74 Filed: 06/19/20 Entered: 06/19/20 16:01:13 Page 2 of 4

**DECLARATION OF SERVICE**

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On June 19, 2020, I served the following documents:

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER;**

**DECLARATION OF MIKE HYLES IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER; AND**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

*Via-Electronic Service*
Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

*Via-Electronic Service*
Gina Klump, Chapter 5 Trustee

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June, 2020 at Oakland, California.

/s/ Sarah Little

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612



Case: 20-40377 Doc# 74 Filed: 06/19/20 Entered: 06/19/20 16:01:13 Page 4 of 4