SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: s.little@kornfieldlaw.com

Attorneys for Anamarie Avila Farias

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anamarie Avila Farias,<br><br>Debtor. | Case No. 20-40377 CN<br><br>Chapter 11<br><br>**DECLARATION OF ANAMARIE FARIAS IN SUPPORT OF MOTION TO SELL REAL PROPERTY: 950 COUNTRY RUN DRIVE, MARTINEZ, CA**<br><br>Date: TBD<br>Time: TBD<br>Ctrm:<br>Via video or teleconference<br>U.S. Bankruptcy Court<br>1300 Clay Street, 3rd Fl.<br>Oakland, CA 94612 |

I, Anamarie Farias, declare under penalty of perjury as follows:

1. I am the Debtor-in-Possession in the above-entitled case.

2. The matters stated below are made and based upon my personal knowledge, except for those matters stated upon information and belief, and as to those matters I believe them to be true. If called as a witness I could and would competently testify to the matters set forth below

3. On February 19, 2020, I filed for protection under Subchapter 5 of Chapter 11 of the Bankruptcy Code.

4. On April 17, 2020, I filed a proposed Chapter 11 Plan which has not yet been

confirmed. The plan provides, among other things, that I would sell the Country Run Property as the primary funding source for the plan. My mother, Anamarie Bugarin ("Bugarin") is also on title to the Country Run property.

5. On June 22, 2020, Bugarin and I employed Mike Hyles of ReMax 1st Choice as Broker/Realtor.

6. The property is currently occupied by a tenant, Russ Salva. The tenant has agreed to move and is expected to vacate the property not later than October 17, 2020.

7. The property was listed for sale at $625,000.00. The property went on the market on July 2, 2020. Due to the COVID-19 Pandemic, no open houses were held. The tenant cooperated with the realtor to grant access to prospective buyers and multiple offers were generated. Entering into contract was hampered by issues with the tenant. Initially, the tenant was having difficulties securing new housing and accepting offers was complicated by the uncertainty created by the tenant not providing assurance he would vacate by close of escrow and the lack of buyers' willingness to purchase subject to the tenant. The current restrictions on evictions due to COVID-19 created barriers to a quick sale.

8. I worked to assist the tenant in securing housing by sending him listings for rent and providing references.

9. I also worked with the realtor on options for selling the property with the tenant in place.

10. Once the tenant confirmed he was in contract to purchase real estate, Bugarin and I responded to multiple offers on the property and accepted an offer above list price to sell the property for $632,500 in late August 2020. A copy of the contract is attached as Exhibit A.

11. The purchase price equates to $424.50 per square foot. Based on the unit's condition, its needs for remodeling and the comparable values, this squire footage value is well within the range of value with other similar property. Bugarin and I have determined that this is a fair offer and probably the best the Bankruptcy Estate is going to obtain at this time.

12. From the sales price of 632,500.00, the following will be paid out of escrow:

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

| Lienholder | Amount |
|---|---|
| JP Morgan Chase | $155,725 (est.) |
| Capital Gain (Federal & State) | 120,000 (est.) |
| Parkside 7266 HOA | $1,000 (est.) |
| Commission and escrow fees | $40,000 (est.) |
| Demiris Law Firm | $33,191 |
| | |
| **TOTAL** | **$349,916** |

13. Therefore, assuming the payments out of escrow are not increased, the total amount realized from the sale of Country Run will be approximately $282,584. These funds shall be turned over to the Sub Chapter 5 Trustee pending confirmation of a plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 30th day of September 2020 at Martinez, California.

_/s/Anamarie Farias__________________
Anamarie Farias

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612